808

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* HENRY JOHNSON, Defendant-Appellee.

(Nos. 59956-7 cons.;

First District (3rd Division)—October 17, 1974.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John B. Adams, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellee.